Daniel S. Rodman, SBN 156156
drodman@swlaw.com
David P. Hansen, SBN 301995
dhansen@swlaw.com
Chariese R. Solorio, SBN 309753
csolorio@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Defendant
FCA US LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OUZOUNIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware limited liability company and DOES 1 to 25, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-00179-JAM-KJN<br><br>[*Originally filed in Placer County Superior Court; Case No.: SCV0044047*]<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND TO WRITTEN DISCOVERY; ORDER**<br><br>Complaint filed: December 12, 2019<br>Complaint served: January 7, 2020<br>Removal date: January 24, 2020 |

Plaintiff Steven Ouzounian ("Plaintiff") and Defendant FCA US LLC ("FCA US"), by and through their respective counsel, hereby stipulate to the following:

## **RECITALS**

1. On March 23, 2020, Plaintiff served FCA US with his first sets of requests for admissions, requests for production of documents, and interrogatories. FCA US's responses to these discovery requests are due on April 22, 2020.

2. On March 24, 2020, FCA US served Plaintiff with its first sets of requests for production of documents and interrogatories. Plaintiff's responses to FCA US's first sets of discovery requests are due on April 23, 2020.

## **STIPULATION**

In light of the coronavirus disease of 2019 (COVID-19), Plaintiff and FCA have met and conferred and hereby stipulate and agree as follows:

1. FCA US will have an additional 60 days to serve responses to Plaintiff's first sets of requests for admissions, requests for production of documents, and interrogatories. FCA US's responses to Plaintiff's first sets of discovery requests will now be due on June 22, 2020.

2. Plaintiff will have an additional 60 days to serve responses to FCA US's first sets of requests for production of documents and interrogatories. Plaintiff's responses to FCA US's first sets of discovery requests will now be due on June 22, 2020.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: April 1, 2020 | | SNELL & WILMER L.L.P. |

By: /s/Daniel S. Rodman
Daniel S. Rodman
David P. Hansen
Chariese R. Solorio
Attorneys for Defendant
FCA US LLC

Dated: April 1, 2020          MLG, APLC

By: /s/Jonathan Michaels
Jonathan Michaels
Thomas S. Van
Attorneys for Plaintiff
STEVEN OUZOUNIAN

IT IS SO ORDERED.

Dated: April 6, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

179