1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OUZOUNIAN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-00179- JAM-KJN<br><br>Assigned To: John A. Mendez<br><br>**ORDER**<br><br>Complaint filed: December 12, 2019<br>Trial date: January 10, 2022 |

1
**ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERD** that the pre-trial deadlines will be extended as agreed upon by the parties as follows:

1. Initial Expert Disclosures – July 12, 2021;
2. Supplemental Expert Disclosures – July 19, 2021;
3. Discovery Cutoff – September 20, 2021;
4. Dispositive Motion Filing Deadline – October 15, 2021;
5. Hearing on Dispositive Motions – December 7, 2021;
6. Pre-trial Conference – January 28, 2022 at 10:00 AM; and
7. Trial – March 21, 2022 at 9:00 AM.

**IT IS SO ORDERED.**

DATED: March 26, 2021            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE