Daniel S. Rodman, SBN 156156
drodman@swlaw.com
David P. Hansen, SBN 301995
dhansen@swlaw.com
Chariese R. Solorio, SBN 309753
csolorio@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Defendant
FCA US LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OUZOUNIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware limited liability company and DOES 1 to 25, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-00179-JAM-KJN<br>[*Originally filed in Placer County Superior Court; Case No.: SCV0044047*]<br><br>**STIPULATION AND ORDER FOR PHYSICAL EXAMINATION OF PLAINTIFF STEVEN OUZOUNIAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35**<br><br>Exam Date: May 28, 2021<br>Time: 9:00 a.m.<br>Location: 7248 South Land Park Dr. Suite 210<br>Sacramento, CA 95831<br><br>Complaint filed: December 12, 2019<br>Complaint served: January 7, 2020<br>Removal date: January 24, 2020<br>Trial date: March 21, 2022 |

IT IS HEREBY STIPULATED by and between Plaintiff STEVEN OUZOUNIAN ("Plaintiff") and Defendant FCA US LLC ("FCA US") (collectively, the "Parties"), by and through their respective counsel of record, that Plaintiff will undergo a physical examination by FCA US's retained expert neurosurgeon, Dr. Praveen Prasad, pursuant to Federal Rule of Civil Procedure 35 as follows:

1.  The examination will take place on May 28, 2021 at 9:00 a.m. at Sacramento Superior Research, 7248 South Land Park Dr., Suite 210, Sacramento, CA 95831.

2.  Dr. Praveen Prasad will conduct the examination. A copy of his curriculum vitae is attached to this Stipulation and Order as "Exhibit A." At this time, Dr. Prasad does not anticipate that he will require any assistance from other physicians, nurses, or other health care providers. If, however, Dr. Prasad requires assistance based on Plaintiff's current complaints, the name and contact information for any individual that assists Dr. Prasad will be provided to Plaintiff, through his counsel.

3.  The examination will be conducted for purposes of determining the nature and extent of Plaintiff's claimed physical injuries in this action, including Plaintiff's cervical spine, neck, shoulders, and head.

4.  The examination will consist of all necessary and customary activities required to perform such an examination, including but not limited to, Plaintiff's medical history, radiographic studies obtained through subpoena in this action, the history of the accident in question, Plaintiff's treatment history and recovery, and Plaintiff's current complaints. In addition, Dr. Prasad will conduct a physical examination, observation, and evaluation of Plaintiff's cervical spine, neck, shoulders, and head. No invasive, intrusive, protracted, or painful procedures will be utilized during the examination.

5.  At this time, given the information currently available to Dr. Prasad, he anticipates conducting a general physical examination of Plaintiff's vital signs,

such as pulse, and blood pressure, and evaluation of Plaintiff's head, eyes, ears, nose, throat, neck, heart and lungs.  He will also examine Plaintiff's spine through palpation and evaluate Plaintiff's extremities for range of motion, bilateral strength, vascular status, and joints.  Plaintiff's neurologic condition will also be evaluated, including an observational assessment of Plaintiff's current mental condition, cranial nerve evaluation, motor and sensory testing, cerebellar and reflex evaluation with gaiting and station examination. With respect to Plaintiff's cervical vertebra or spine complaints, depending on Plaintiff's current complaints, Dr. Prasad anticipates utilizing some or all of the following tests or evaluation methods, but will do so by means of patient initiative on command, without forced physical manipulation like what might be used by a chiropractor: Spurling's Test; Lhermitte's Sign; Hoffman's Sign; Extension and Flexion of the Neck and Head; Lateral Rotation of the Neck and Head; Side Flexion of the Neck and Head; and Shoulder Abduction Test.  If any additional, non-painful evaluation methods are required based on Plaintiff's current complaints, the same will be listed in Dr. Prasad's report following the examination.

6. FCA US will produce a copy of Dr. Prasad's report within 5 business days of receiving a copy of the same.  At this time, Dr. Prasad anticipates completing his report on or before June 30, 2021.  The report will include a summary of Plaintiff's history, examinations, findings, and description of all tests or evaluations tools utilized during Plaintiff's examination, and will contain the results of all tests or evaluations, diagnoses, prognoses, and conclusions reached by Dr. Prasad.

7. Plaintiff will produce a copy of reports of all earlier or later examinations of Plaintiff's cervical spine, neck, shoulders, and head that are or were generated as a result of examining these areas by treating physicians or physicians that Plaintiff will designate as an expert or experts in this action.  If Plaintiff has retained physicians to consult in this action, but who will not be

designated as experts, and which have not conducted physical examinations of Plaintiff, any writings generated by these consultants will not be produced. These reports will be produced to FCA US on or before the expert witness disclosure deadline of July 12, 2021, or if such expert is designated as a supplemental or rebuttal expert witness, any such reports will be produced by that corresponding deadline of July 19, 2021.

8. FCA US will produce Dr. Prasad for deposition concerning his examination of Plaintiff during expert discovery and depositions.

9. Plaintiff will produce any physician that they have designated as an expert in this action for deposition during expert discovery and depositions.

IT IS SO STIPULATED.

Dated: May 17, 2021

SNELL & WILMER L.L.P.

By: /s/ David P. Hansen
Daniel S. Rodman
David P. Hansen
Chariese R. Solorio
Attorneys for Defendant
FCA US LLC

Dated: May 17, 2021

MLG, APLC

By: /s/ Thomas S. Van
Jonathan A. Michaels
Thomas S. Van
Audrey L. Beck
Attorneys for Plaintiff
STEVEN OUZOUNIAN

# ORDER

Pursuant to the Parties' May 17, 2021 stipulation, the Court finds good cause to order a Rule 35 examination pursuant to the Parties' stipulated terms.

IT IS SO ORDERED.

Dated: May 18, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE