# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OUZOUNIAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware limited liability company and DOES 1 to 25, inclusive,<br><br>    Defendants. | **CASE NO.: 2:20-cv-00179-JAM-KJN**<br><br>Hon. Michael W. Fitzgerald<br>Magistrate Hon.: Paul L. Abrams<br><br>[*Originally filed in Placer County Superior Court; Case No.: SCV0044047*]<br><br>**ORDER RE: DISCOVERY DEADLINES AND TRIAL DATE**<br><br>Action Filed: December 12, 20219<br>Trial:           January 10, 2022 |

Having reviewed the parties' stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the pre-trial deadlines will be extended as agreed upon by the parties as follows:

1. Expert Rebuttal/Supplemental Reports: 1/28/2022;

2. Fact Discovery Cutoff: 3/20/2022;

3.  Expert Discovery Cutoff: 4/25/2022;

4.  Dispositive Motion Filing Deadline: 5/27/2022;

5.  Hearing on Dispositive Motions: 7/12/2022 at 1:30 PM;

6.  Pre-trial Conference: 8/26/2022 at 10:00 AM; and

7.  Trial: 10/17/2022 at 9:00 AM.

**IT IS SO ORDERED.**

DATED: September 28, 2021      /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE